[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 1, 2011
JOHN LEY
CLERK

No. 10-15905
Non-Argument Calendar

_____

D.C. Docket No. 8:10-cr-00283-VMC-AEP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BERNARDO BUENDIA-CAPELLA,
a.k.a. Salvador Mattar-Mattar,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 1, 2011)

Before EDMONDSON, CARNES and KRAVITCH, Circuit Judges.

PER CURIAM:

Howard C. Anderson, appointed counsel for Bernardo Buendia-Capella in

this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Buendia-Capella's convictions and sentences are **AFFIRMED**. Buendia-Capella's motion for appointment of substitute counsel on appeal, as construed from his responsive filing, is **DENIED AS MOOT**.